# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Teon Jamell Williams,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:18-cv-00074-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Brad Perritt,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2018 Order.

December 4, 2018

Frank G. Johns, Clerk
United States District Court